IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GEVAUGHN JOHNSON                                     PLAINTIFF

V.                                   CAUSE NO.: 1:15CV031-SA-DAS

WASTE PRO OF MISSISSIPPI, INC.,
D/B/A MS INDUSTRIAL WASTE                         DEFENDANT

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Dismiss [41] is GRANTED. Plaintiff's claims are DISMISSED with prejudice, and this case is CLOSED.

SO ORDERED, this the 18th day of May, 2016.

                                                       **/s/ Sharion Aycock**
                                                       **U.S. DISTRICT JUDGE**